# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

July 26, 2023

| | |
|---|---|
| **TREY GRANGER**<br>    CLERK | **MAILING ADDRESS:**<br>One Church Street, Suite B-110<br>MONTGOMERY, AL 36104<br>(334)954-3610 |

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:**   District Court No. 2:22-cv-00185-SMD
         Denham v. Alabama State University
         Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

- ✓ Copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ✓ First Notice of Appeal:   Yes ✓   No ☐   Other notices (dates):
- ☐ Other:
- ✓ The Judge or Magistrate Judge appealed from is: Judge Stephen Michael Doyle
- ☐ The Court Reporter (s) are:
- ✓ A hearing was not held in the case.
- ☐ An **audio tape** is available for transcription of the court hearing
- ✓ The appellant DOCKET FEE has been paid: NO ☐   YES ✓   Date paid: July 26, 2023
- ☐ Motion for APPOINTMENT OF COUNSEL: Granted ☐ ; Denied ☐ ; Pending ☐   **DE**
- ☐ Motion for In Forma Pauperis (IFP): Granted ☐ ; Denied ☐ ; Pending ☐   **DE**
- ☐ Motion for Certificate of Appealability: Granted ☐ ; Denied ☐ ; Pending ☐   **DE**
- ☐ CJA USCA Letter appointing counsel:
- ☐ Certified record on appeal consisting of : ___Volume(s) of pleadings; ___ PSI (s); ___ Volume(s) of transcript; ___ Folder(s) of exhibits/depositions; Supplemental file(s)
- ☐ ORIGINAL PAPERS: ___Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folder of exhibits
- ☐ This is an appeal of a bankruptcy order.
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

Crystal Lowman
Case Administrator