APPEAL,CLOSED,CONFLICT_STMT,CONSENT

# U.S. District Court
# Alabama Middle District (Montgomery)
# CIVIL DOCKET FOR CASE #: 2:22−cv−00185−SMD
*Internal Use Only*

| | |
|---|---|
| Denham v. Alabama State University (CONSENT) | Date Filed: 04/20/2022 |
| Assigned to: Magistrate Judge Stephen Michael Doyle | Date Terminated: 06/28/2023 |
| Cause: 42:2000 Job Discrimination (Race) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Susan Denham**　　　　　　　　　　represented by　**Adam Michael Porter**
*Dr.*　　　　　　　　　　　　　　　　　　　　　　　Adam M. Porter LLC
　　　　　　　　　　　　　　　　　　　　　　　　　2301 Morris Avenue; Suite 102
　　　　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　　　　　　　　　　　　205−322−8999
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 205−402−4619
　　　　　　　　　　　　　　　　　　　　　　　　　Email: adam@adamporterlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　**Bar Status: Active**

V.

**Defendant**

**Alabama State University**　　　　　represented by　**Kenneth Lamar Thomas**
　　　　　　　　　　　　　　　　　　　　　　　　　Office of General Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　Alabama State University
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 271
　　　　　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36101−0271
　　　　　　　　　　　　　　　　　　　　　　　　　334−229−1465
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 334−229−6642
　　　　　　　　　　　　　　　　　　　　　　　　　Email: kthomas@alasu.edu
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　**Bar Status: Active**

　　　　　　　　　　　　　　　　　　　　　　　　　**Ramadanah Maryum Salaam−Jones**
　　　　　　　　　　　　　　　　　　　　　　　　　Alabama State University
　　　　　　　　　　　　　　　　　　　　　　　　　PO BOX 271
　　　　　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36102−0271
　　　　　　　　　　　　　　　　　　　　　　　　　334−229−1465
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 334−229−6642
　　　　　　　　　　　　　　　　　　　　　　　　　Email: rsjones@alasu.edu
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　**Bar Status: Active**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2022 | 1 | COMPLAINT against Alabama State University (Filing fee $ 402.00, receipt number 4602066591), filed by Susan Denham. (Attachments: # 1 Civil Cover Sheet, # 2 Filing Fee Receipt)(amf, ) (Entered: 04/21/2022) |
| 04/20/2022 | | DEMAND for Trial by Jury filed by Susan Denham. (No PDF attached to this entry – See doc 1 for PDF) (amf, ) (Entered: 04/21/2022) |
| 04/20/2022 | 2 | Corporate/Conflict Disclosure Statement filed by Susan Denham. (amf, ) (Entered: 04/21/2022) |
| 04/21/2022 | 3 | Summons Issued as to Alabama State University; mailed by CMRRR with copy of 1 Complaint. (amf, ) (Entered: 04/21/2022) |
| 04/21/2022 | 4 | NOTICE of Assignment to U.S. Magistrate Judge sent to counsel for Plaintiff Susan Denham. (amf, ) (Entered: 04/21/2022) |
| 04/26/2022 | 5 | Return Receipt Card showing service of Summons & 1 Complaint, signed by Demetriana Knight for Alabama State University, served on 4/22/2022, answer due 5/13/2022. (amf, ) (Entered: 04/26/2022) |
| 05/04/2022 | 6 | ANSWER to 1 Complaint by Alabama State University.(Salaam–Jones, Ramadanah) (Entered: 05/04/2022) |
| 05/04/2022 | 7 | Corporate/Conflict Disclosure Statement by Alabama State University. (Salaam–Jones, Ramadanah) (Entered: 05/04/2022) |
| 05/04/2022 | | ***PURSUANT TO THE 6 ANSWER – Attorney Kenneth Lamar Thomas for Defendant Alabama State University added. (No PDF attached to this entry) (amf, ) (Entered: 05/04/2022) |
| 05/04/2022 | | (Court only) ***Set CONFLICT_STMT Flag. (No PDF attached to this entry) (amf, ) (Entered: 05/04/2022) |
| 05/04/2022 | 8 | NOTICE of Assignment to U.S. Magistrate Judge sent to counsel for Defendant Alabama State University. (amf, ) (Entered: 05/04/2022) |
| 05/06/2022 | 9 | **ORDER: It is ORDERED that any party wishing to provide such consent must complete the form and submit it to the Clerk by 5/27/2022; Any party wishing to submit the reassignment form must mail it to the above address by 5/27/2022. Signed by Honorable Judge Stephen Michael Doyle on 5/6/2022. (amf, )** (Entered: 05/06/2022) |
| 05/06/2022 | 10 | **ORDER: It is ORDERED that the parties shall file their Rule 26(f) report as soon as practicable; Rule 26 Meeting Report due by 6/3/2022, as further set out in order. Signed by Honorable Judge Stephen Michael Doyle on 5/6/2022. (amf, )** (Entered: 05/06/2022) |
| 05/13/2022 | 11 | REPORT of Rule 26(f) Planning Meeting. (Porter, Adam) (Entered: 05/13/2022) |
| 05/25/2022 | 12 | CONSENT to Jurisdiction by US Magistrate Judge E–signed by Counsel for Susan Denham. (cwl, ) (Entered: 05/25/2022) |
| 05/25/2022 | 13 | CONSENT to Jurisdiction by US Magistrate Judge E–signed by Counsel for Alabama State University. (cwl, ) (Entered: 05/25/2022) |

| | | |
|---|---|---|
| 05/31/2022 | 14 | **UNIFORM SCHEDULING ORDER:** setting a Jury Trial for 8/7/2023 before Honorable Judge Stephen Michael Doyle, in Montgomery, AL; Pretrial Conference set for 7/11/2023 @ 11:00 AM, before Honorable Judge Stephen Michael Doyle, in Montgomery, AL; Dispositive & Daubert Motions due by 3/3/2023; Mediation Notice due not more than 5 days after the settlement conference; Plaintiff's Amendment to Pleadings due by 8/19/2022; Defendant's Amendment to Pleadings due by 9/19/2022; Discovery due by 2/3/2023, as further set out in Order. Signed by Honorable Judge Stephen Michael Doyle on 5/31/2022. (Furnished: Calendar & CB)(am, ) (Entered: 05/31/2022) |
| 05/31/2022 | 15 | **STANDARD BRIEFING ORDER:** setting out briefing requirements, as further set out in Order. Signed by Honorable Judge Stephen Michael Doyle on 5/31/2022. (am, ) (Entered: 05/31/2022) |
| 11/22/2022 | 16 | Joint MOTION for Extension of Discovery and Dispositive Motion Deadlines by Alabama State University and Susan Denham. (Salaam–Jones, Ramadanah) Modified on 11/22/2022 to add joint filer (am, ). (Entered: 11/22/2022) |
| 11/22/2022 | 17 | **TEXT ORDER:** Upon consideration of the 16 Joint Motion for Extension of Discovery and Dispositive Motion Deadlines, it is ORDERED that the Motion is GRANTED; A modified uniform scheduling order will be entered by separate order. Signed by Honorable Judge Stephen Michael Doyle on 11/22/2022. (NO PDF attached to this entry) (am, ) (Entered: 11/22/2022) |
| 11/22/2022 | 18 | **REVISED UNIFORM SCHEDULING ORDER:** It is hereby ORDERED that the 16 Uniform Scheduling Order is modified as follows: Discovery due by 3/31/2023; Mediation Notice due by 4/19/2023; Dispositive and Daubert Motions due by 4/28/2023, as further set out in order. Signed by Honorable Judge Stephen Michael Doyle on 11/22/2022. (amf, ) (Entered: 11/22/2022) |
| 04/06/2023 | 19 | Notice Concerning Settlement Conference & Mediation by Susan Denham & Alabama State University. (Porter, Adam) Modified on 4/6/2023 to add joint filer (am, ). (Entered: 04/06/2023) |
| 04/28/2023 | 20 | MOTION for Summary Judgment by Alabama State University. (Salaam–Jones, Ramadanah) (Entered: 04/28/2023) |
| 04/28/2023 | 21 | BRIEF/MEMORANDUM in Support re 20 MOTION for Summary Judgment filed by Alabama State University. (Salaam–Jones, Ramadanah) (Entered: 04/28/2023) |
| 04/28/2023 | 22 | Evidentiary Submission re 20 MOTION for Summary Judgment , 21 BRIEF/MEMORANDUM in Support filed by Alabama State University. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit)(Salaam–Jones, Ramadanah) (Entered: 04/28/2023) |
| 05/19/2023 | 23 | Evidence Submitted in Opposition to 20 MOTION for Summary Judgment filed by Susan Denham. (Attachments: # 1 Exhibit Plaintiff's Declaration, # 2 Exhibit Plaintiff's CV, # 3 Exhibit Treadwell Resume, # 4 Exhibit ASU Resp to Req for Admissions, # 5 Exhibit CAPTE Report, # 6 Exhibit Faculty Handbook Excerpt)(Porter, Adam) Modified on 5/22/2023 to clarify text (am, ). (Entered: 05/19/2023) |
| 05/19/2023 | 24 | |

| | | |
|---|---|---|
| | | BRIEF/MEMORANDUM in Opposition re 20 MOTION for Summary Judgment filed by Susan Denham. (Porter, Adam) (Entered: 05/19/2023) |
| 06/01/2023 | 25 | BRIEF in Support re 20 MOTION for Summary Judgment filed by Alabama State University. (Salaam−Jones, Ramadanah) Modified on 6/1/2023 to add the link to the 20 motion (amf, ). (Additional attachment(s) added on 6/1/2023: # 1 Corrected Certificate of Service) (amf, ). (Entered: 06/01/2023) |
| 06/14/2023 | 26 | MOTION to Continue *Pretrial Conference* by Susan Denham. (Porter, Adam) (Entered: 06/14/2023) |
| 06/15/2023 | 27 | **TEXT ORDER: Upon consideration of the 26 Unopposed Motion to Continue, it is ORDERED that the motion is granted; The pretrial conference in this matter currently set for 7/11/2023, is RESET for 7/27/2023, at 1:30 p.m. Signed by Magistrate Judge Stephen Michael Doyle on 6/15/2023. (Furnished: Calendar & CB; Terminates: PTC−7/11/2023)(am, )** Modified on 6/15/2023 to reflect: (NO PDF attached to this entry) (am, ). (Entered: 06/15/2023) |
| 06/26/2023 | 28 | Witness List by Susan Denham. (Porter, Adam) (Entered: 06/26/2023) |
| 06/26/2023 | 29 | Exhibit List by Susan Denham.. (Porter, Adam) (Entered: 06/26/2023) |
| 06/26/2023 | 30 | Deposition Designations by Alabama State University.. (Salaam−Jones, Ramadanah) (Entered: 06/26/2023) |
| 06/26/2023 | 31 | Exhibit List by Alabama State University.. (Salaam−Jones, Ramadanah) (Entered: 06/26/2023) |
| 06/26/2023 | 32 | Witness List by Alabama State University. (Salaam−Jones, Ramadanah) (Entered: 06/26/2023) |
| 06/28/2023 | 33 | **OPINION AND ORDER: it is ORDERED that ASU's 20 Motion for Summary Judgment is GRANTED and that Dr. Denham's claims are DISMISSED in their entirety WITH PREJUDICE; A separate judgment shall issue. Signed by Magistrate Judge Stephen Michael Doyle on 6/28/2023. (am, )** (Entered: 06/28/2023) |
| 06/28/2023 | 34 | **FINAL JUDGMENT: In accordance with the Opinion and Order entered in this case, it is the ORDER, JUDGMENT, and DECREE of the Court that Dr. Denham's claims are DISMISSED in their entirety WITH PREJUDICE; It is further ORDERED that each party shall bear its own costs and attorney's fees, and that no costs are taxed; DIRECTING the Clerk to enter this document on the civil docket as a final judgment pursuant to FRCP 58. Signed by Magistrate Judge Stephen Michael Doyle on 6/28/2023. (Furnished: Calendar & CB; Terminates: PTC−7/27/2023 & Jury Trial−8/07/2023)(am, )** (Entered: 06/28/2023) |
| 07/26/2023 | 35 | NOTICE OF APPEAL as to 33 Opinion and Order entered on 6/28/2023, 34 Final Judgment entered on 6/28/2023, by Susan Denham ( Filing fee $ 505 receipt number AALMDC−3475956.) (Porter, Adam) Modified on 7/26/2023 to clarify text (cwl, ). (Entered: 07/26/2023) |
| 07/26/2023 | 36 | Appeal Instructions sent to Adam Michael Porter, Counsel for Appellant Susan Denham re 35 Notice of Appeal. A copy of the Transcript Information Form must be mailed to each court reporter from whom you are requesting a transcript. (Attachments: # 1 Transcript Order Form)(cwl, ) (Entered: 07/26/2023) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| DR. SUSAN DENHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:22-cv-00185-SMD |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | | |

_____

## NOTICE OF APPEAL

Plaintiff Dr. Susan Denham, by and through her attorney of record, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Opinion & Order (Doc. 33) and the Final Judgment (Doc. 34) entered on June 28, 2023 by the United States District Court for the Middle District of Alabama granting summary judgment for Defendant Alabama State University on all claims. Plaintiff also appeals from all interlocutory orders or rulings (final or otherwise) affecting her rights entered by the Court prior to the entry of Final Judgment or this Notice of Appeal.

This Court entered Final Judgment on June 28, 2023 (Doc. 34). This Notice of Appeal is being filed within thirty (30) days of the entry of final judgment for Defendant. Rule 4(a)(1)(A) Fed. R. App. Proc.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Kenneth L. Thomas, Esq. and Ramadanah S. Jones, Esq. Alabama State University P.O. Drawer 271 Montgomery, Alabama 36101 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SUSAN DENHAM, )
)
   Plaintiff, )
)
v. ) Case No. 2:22-cv-185-SMD
)
ALABAMA STATE UNIVERSITY, )
)
   Defendant. )

## FINAL JUDGMENT

In accordance with the Opinion and Order entered in this case, it is the ORDER, JUDGMENT, and DECREE of the Court that Dr. Denham's claims are DISMISSED in their entirety WITH PREJUDICE. It is further ORDERED that each party shall bear its own costs and attorney's fees, and that no costs are taxed.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 28th day of June, 2023.

*/s/ Stephen M. Doyle*
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE